UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARY D. BEARDEN,<br><br>    Petitioner,<br><br>  v.<br><br>LINDA SMART,<br><br>    Respondent.<br>_____ | 1:06-cv-1039-AWI-TAG HC<br><br>ORDER GRANTING EXTENSION OF TIME  (Doc. 6) |

    Petitioner is a state prisoner proceeding pro se in a habeas corpus action pursuant to 28 U.S.C. § 2254.

    On October 30, 2006, Petitioner filed a motion to extend time to file a certified copy of his trust account or pay the $5.00 filing fee. (Doc. 6).  Good cause having been presented to the Court and GOOD CAUSE APPEARING THEREFOR, it is HEREBY ORDERED that:

    Petitioner's motion for an extension of time to file a certified copy of his trust account or pay the filing fee (Doc. 6), is GRANTED.  Petitioner is granted thirty (30) days from the date of service of this order in which to submit a certified copy of his trust account or pay the $5.00 filing fee.

IT IS SO ORDERED.

Dated:  **November 29, 2006**                                           **/s/ Theresa A. Goldner**
**j6eb3d**                                                                 UNITED STATES MAGISTRATE JUDGE